IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Gregory Vincent Smith, | ) | C/A No.: 1:19-652-JFA-SVH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| Christopher D. Phillips, a/k/a Christopher Daniel Phillips; Dexter Handy; Brett Perry; and William S. Tetterton, | ) | ORDER |
| Defendants. | ) | |

Plaintiff, proceeding pro se and in forma pauperis, brought this action alleging violations of his constitutional rights by defendants. Motions for summary judgment were filed by Tetterton on January 21, 2020, and by Handy, Perry, and Phillips on January 31, 2020. [ECF Nos. 43, 46]. As Plaintiff is proceeding pro se, the court entered orders pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of the motion and of the need for him to file adequate responses. [ECF Nos. 44, 48]. Plaintiff was specifically advised that if he failed to respond adequately, the motions may be granted. On February 24, 2020, the court granted Plaintiff an extension of time until March 16, 2030 for Plaintiff to respond to both motions.[1]

---

[1] On March 16, 2020, Plaintiff's deadline was extended an additional 21 days pursuant to the Standing Order of the Honorable R. Bryan Harwell, Chief

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* orders, Plaintiff has failed to respond to defendants' motions. As such, it appears to the court that he does not oppose the motions and wishes to abandon this case. Based on the foregoing, Plaintiff is directed to advise the court whether he wishes to continue with this case and to file a response to the motions for summary judgment by April 24, 2020. Plaintiff is further advised that if he fails to respond, the undersigned will recommend this case be dismissed for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

April 10, 2020
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge

---

United States District Judge, in response to the COVID-19 pandemic. *See* 3:20-mc-105.