AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Gregory Vincent Smith
*Plaintiff*
v.

Christopher D. Phillips *also known as Christopher Daniel Phillips*; Dexter Handy; Brett Perry; William S. Tetterton,

*Defendants*.

Civil Action No.    3:19-cv-00652-JFA

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Gregory Vincent Smith, shall take nothing of the defendants, Christopher D. Phillips *also known as Christopher Daniel Phillips*; Dexter Handy; Brett Perry and William S. Tetterton, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., Senior United States District Judge, presiding, granting Plaintiff's request to dismiss.

Date:  June 23, 2020                                        *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/L. Baker

                                                                    *Signature of Clerk or Deputy Clerk*